JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINDWARD LOOP, LLC, a California limited liability company, MIKE TEREPKA, an individual, DREAM HAMPTON, an individual, SEAN CARASSO, an individual, SKYLINE CAPITAL PARTNERS, LLC, a Delaware limited liability company, and ERIK HUBERMAN, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>ABBOT KINNEY SEEDS, a California corporation, ABBOT KINNEY SEEDS, LLC, a California limited liability company, WEST INDIES TRADING CO., INC., a California corporation, KRISTIAN VALLAS, an individual, and DOES 1 through 25, Inclusive,<br><br>    Defendants. | **Case No.: 2:19-cv-09354 SVW (KSx)**<br><br>The Honorable Stephen V. Wilson<br>Courtroom 10A – 10th Floor<br><br>**ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**<br><br>COMPLAINT FILED: October 30, 2019<br>TRIAL DATE:   August 18, 2020 |

1

[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE
CIVIL ACTION NO. **2:19-cv-09354 SVW (KSx)**

The Court, having read and considered the parties' Joint Stipulation of Dismissal with Prejudice between Plaintiffs WINDWARD LOOP, LLC ("**Windward Loop**"), MIKE TEREPKA ("**Terepka**"), DREAM HAMPTON ("**Hampton**"), SEAN CARASSO ("**Carasso**"), SKYLINE CAPITAL PARTNERS, LLC ("**Skyline**") and ERIK HUBERMAN ("**Huberman**") (collectively, "**Plaintiffs**") and Defendants ABBOT KINNEY SEEDS ("**AKS**"), ABBOT KINNEY SEEDS, LLC ("**AKS LLC**"), WEST INDIES TRADING CO., INC. ("**West Indies Trading**") and R. KRISTIAN VALLAS ("**Vallas**") (collectively, "**Defendants**"), pursuant to the parties' settlement agreement,

**IT IS HEREBY ORDERED** that all claims and counterclaims in the above-captioned action are hereby dismissed with prejudice, with each party to bear their own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

___July 9, 2020_____          _____
DATED                                                         HONORABLE STEPHEN V. WILSON
                                                                       UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PREJUDICE
CIVIL ACTION NO. **2:19-cv-09354 SVW (KSx)**